FILED
IN CLERK'S OFFICE

'16 AUG 22 PM 2:13

U.S. DISTRICT COURT
DISTRICT OF MASS.

GEORGE KERSEY
P.O. Box 1073
Framingham, MA 01701
518-966-9690

August 22, 2016

John Joseph Moakley United States
Courthouse, Suite 2300
One Courthouse Way
Boston, MA 02210-3002
Attention: Civil Clerk's Office

Re:   Kersey et al. v. Becton Dickenson et al.
      Case 1:16-mc-91193-NMG

Dear Office of the Clerk:

Attached for filing is the following:

**APPEARANCE OF PLAINTIFF GEORGE KERSEY; REQUEST FOR INVALIDATION OF FOREIGN JUDGMENT OBTAINED BY FRAUD AND DENIAL OF JURY RIGHT; REQUEST FOR JURY TRIAL**

Thank you for your attention to this matter.

Very truly yours,

_/s/George Kersey_
George Kersey

*Treated as a motion for entry of default judgment and motion allowed.*
*SNMGorton, USDJ 9/28/16*