Jonathan Short (BBO# 680646)
**McCARTER & ENGLISH, LLP**
265 Franklin Street
Boston, Massachusetts 02110
T: 617-449-6500
F: 617-607-9200
jshort@mccarter.com

*Attorneys for Judgment Creditor*
*Becton Dickinson and Co.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE E. KERSEY, | Civil Action No. 1:16-mc-91193-NMG |
| Plaintiff, | Honorable Nathaniel M. Gorton, U.S.D.J. |
| v. | |
| BECTON DICKINSON AND CO., *et. al.* | |
| Defendants. | |

**JUDGMENT CREDITOR BECTON DICKINSON AND CO.'S MOTION TO SET ASIDE ENTRY OF DEFAULT AND TO STRIKE D.E. 3**

Judgment Creditor Becton Dickinson and Co. ("BD") hereby moves to set aside the Entry of Default against BD, which was entered by the Court on September 29, 2016, and to strike D.E. 3. Entry of Default against BD is inappropriate because there are no claims to which BD was required to respond. Furthermore, D.E. 3 is entirely unrelated to this action, is both frivolous and futile, and was filed for no other purpose than to harass BD.

BD initiated this action by registering in this Court a judgment of the U.S. District Court for the District of New Jersey against Judgment Debtor George E. Kersey ("Kersey") in Case No. 2:08-cv-02155-WJM-MF on June 21, 2010 (the "New Jersey Judgment"). In response,

*Motion allowed.* /s/ NM Gorton, USDJ 11/18/16

ME1 23441288v.1